IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wronski, Walter W | Case Number: 06 B 13163 |
|---|---|---|
| | Wronski, Mary L | Judge: Wedoff, Eugene R |
| | Printed: 2/5/08 | Filed: 10/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,994.00 | |
| Secured: | | 3,918.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,774.00 |
| Trustee Fee: | | 301.80 |
| Other Funds: | | 0.00 |
| Totals: | 5,994.00 | 5,994.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Costello & Costello | Administrative | 1,774.00 | 1,774.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | HSBC Auto Finance | Secured | 15,148.89 | 3,845.15 |
| 6. | Countrywide Home Loans Inc. | Secured | 29,211.68 | 73.05 |
| 7. | Capital One | Unsecured | 330.02 | 0.00 |
| 8. | Capital One | Unsecured | 1,654.04 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 3,377.28 | 0.00 |
| 10. | Collins Receivables | Unsecured | 416.10 | 0.00 |
| 11. | Chicago Patrolmen's Fed Credit Union | Unsecured | 3,759.47 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 199.11 | 0.00 |
| 13. | Chicago Patrolmen's Fed Credit Union | Unsecured | 165.27 | 0.00 |
| 14. | Capital One | Unsecured | 1,604.42 | 0.00 |
| 15. | Capital One | Unsecured | 316.88 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 295.72 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 1,201.71 | 0.00 |
| 18. | GE Money Bank | Unsecured | 113.36 | 0.00 |
| 19. | Comcast | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 59,567.95 | $ 5,692.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wronski, Walter W | Case Number:  06 B 13163 |
| Wronski, Mary L | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  10/13/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 175.10 |
| 5.4% | 126.70 |
| | _____ |
| | $ 301.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

